# Exhibit 1

# DomainAgents

## Terms & Conditions

1. Any and all offers, counter-offers made via DomainAgents are **legally binding** for 14 days and must be entered into in good faith. Agreements are **legally binding** through the completion of the transaction.

2. Agreements reached via DomainAgents are subject to a service fee starting at 10% and decreasing based on agreement size. The service fee and associated escrow fees will be **paid by the domain buyer.**

3. If DomainAgents cannot present the buyer's offer to the domain owner for any reason, DomainAgents will provide the buyer a free DomainAgents credit at no additional cost which may be used to make a second offer.

4. DomainAgents' service will be deemed fully delivered on presentation of the buyer's opening offer.

5. Any valuation estimate provided or implied by DomainAgents, its management or its staff are based on available market information and knowledge. These estimates should be used as a guideline only. DomainAgents can not guarantee the valuation estimates whether explicit or implied.

6. The buyer confirms that neither their organization, nor themselves, claims a legal right to the registration of the domain they are seeking to acquire. If inquiring on behalf of another party, the buyer confirms that this party does not claim a legal right to the registration of the domain listed above and that the buyer is authorized by said party to make this representation.

7. Unless otherwise communicated by DomainAgents, all transactions initiated using DomainAgents will be completed via Escrow.com.

8. In the event a buyer reneges on an agreement to purchase a domain name, full transactional details including buyer identity will be provided to the seller and may be made publicly available.