# Exhibit 2

# James Medek

| | |
|---|---|
| **From:** | DomainAgents Support <support@domainagents.com> |
| **Sent:** | Wednesday, July 21, 2021 11:41 AM |
| **To:** | James Medek |
| **Cc:** | Jonathan Marcus; Anthony Ramirez; John Nagel |
| **Subject:** | Re: RE: Purchase of wormhole.com |

[This message has originated from an **EXTERNAL SENDER**]

Hi James,

Thanks for reaching out.

I am afraid that there is no 'paper' contract I can provide you with.

The online agreement acts like a contract between all parties, as it does on any domain name platforms.
See below the negotiation history.

While I can't forward you the conversations we had with the seller about the supported disbursement method which content is confidential, please find below the messages we received from the seller confirming that he will not honor his $50,000 offer nor the agreement.

As previously informed, there is no additional information we can provide as the seller has yet to sign up for an account on Escrow.com; he didn't agree to the Terms of the transaction nor fill in his full details in his Escrow profile.

Best,
Elsa

### Dick Merryman
replied
*8 days ago (Tue, 13 Jul 2021 at 2:43 AM)*
   To:"DomainAgents Negotiations" <negotiations@domainagents.com>

Nope, sorry, I changed my mind.  This was too easy, I'm either leaving a lot of money on the table or it is a scam.  Either way, no sale.

If you want to make a reasonable offer, then you are encouraged to do so.

  -Dick-

### Dick Merryman
replied
*5 days ago (Fri, 16 Jul 2021 at 3:47 PM)*
   To:"DomainAgents Negotiations" <negotiations@domainagents.com>

Like I said, if you want to make a new offer then I would welcome it.

  -Dick-

### Dick Merryman
replied
*2 days ago (Mon, 19 Jul 2021 at 11:26 AM)*

1

To:"DomainAgents Negotiations" <negotiations@domainagents.com>

Yeah, good luck with legal action.

The price is US$100,000.

      -Dick-

**Robert W - 2021-07-01 14:10:18**
Dick Merryman12:50 PM (1 hour ago)to meThe price for wormhole.com is a firm US$50,000. -Dick-

# $50000

(Fifty Thousand - United States Dollars)

(Offer valid until July 21st 2021)

All negotiations are in United States Dollars and are legally binding.
Review full terms & conditions.

## Agreement Reached

Agent : Robert
Buyer's Escrow: jmarcus@jumptrading.com
Seller's Escrow:

## Negotiation History

| Time & Date | Offer USD | Action | Action Taken By |
|---|---|---|---|
| July 01st 2021 - 14:10 EST | $50,000 | Counter Offer | Domain Owner |
| Owner Comment: firm US$50,000.  DomainAgents Comment: Offer presented to domain buyer July 01st 2021 - 14:16 EST .  Entered by: Robert W | | | |
| June 29th - 10:31 EST | $2,500 | Opening Offer | Domain Buyer |
| DomainAgents Comment: Offer presented to domain owner July 01st 2021 - 11:44 EST . | | | |

Escrow & Transfer Support Specialist

DomainAgents The Negotiation Platform
Web: DomainAgents.com   Email: Elsa@DomainAgents.com   Phone: 1-866-229-8242

On Tue, 20 Jul at 11:53 AM , James Medek <jmedek@jumptrading.com> wrote:
Hi Elsa,

Jonathan has passed this dispute on to our Legal department, and we are preparing to take the necessary steps to move forward with a breach of contract claim.  May I ask that you send me any records you have with Mr. Merryman, including in particular the specific contract/terms he agreed to when he accepted the offer and entered into the transaction)?

Thank you,

Jim Medek


**James B. Medek**
Deputy General Counsel
Jump Trading Group
600 West Chicago Avenue, Suite 600
Chicago, Illinois 60654
P: +1 312 205 8987  M: +1 312 545 1380

---

**From:** DomainAgents Support <support@domainagents.com>
**Sent:** Tuesday, July 20, 2021 11:47:19 AM
**To:** Jonathan Marcus <jmarcus@jumptrading.com>
**Subject:** Re: Purchase of wormhole.com

[This message has originated from an **EXTERNAL SENDER**]
Hi Jonathan,

Unfortunately, I have bad news.

While the seller has yet to confirm whether he can provide a supported disbursement method or not, he is also refusing to honor the agreed price of $50,000 - asking for $100,000 now.

While I did remind the seller that any offers made and/or agreements reached on our platform are legally binding - as per our Terms, and failing to honor this agreement is a breach of contract, he is still refusing to collaborate and complete the transaction for the agreed price.

The seller is Dick Merryman and his email address is dicko@wormhole.com..

Please let me know how you'd like to proceed.

Thanks for your feedback,
Elsa

Transaction #:
   11283358
Transaction Title:
   wormhole.com
Broker:     DomainAgents Platform Inc. (escrow@domainagents.com)
Buyer:      Jonathan Marcus (jmarcus@jumptrading.com)
Seller:     (dicko@wormhole.com)
- - - - - - - - - - -

Escrow & Transfer Support Specialist
DomainAgents The Negotiation Platform
Web: DomainAgents.com   Email: Elsa@DomainAgents.com   Phone: 1-866-229-8242

3

On Fri, 16 Jul at 9:58 AM , DomainAgents Support <support@domainagents.com> wrote:
Hi Jonathan,

Apologies for my late feedback.
I was out of office so I am now catching up with all messages.

Any offers made and/or agreements reached on our platform are legally binding, as per our Terms.
https://domainagents.com/terms
http://support.domainagents.com/support/solutions/articles/5000523212-are-negotiations-legally-binding-

The seller was informed during the negotiation process and when he made/confirmed each offer in his DA account.
He hasn't agreed to the Terms of the transaction on Escrow.com, though.

The seller answered that he is still reluctant to complete the transaction on Escrow.
He has yet to provide a supported disbursment method.

I talked again to him today, trying to convince him to honor the agreemetnt reached with you.

If no feedback by Monday, I will send you his name and email address (we don't have other details as he hasn't signed up for an account on Escrow.com).

I will keep you posted with any updates.
Best,
Elsa

- - - - - - - - - -

Escrow & Transfer Support Specialist
DomainAgents The Negotiation Platform
Web: DomainAgents.com   Email: Elsa@DomainAgents.com   Phone: 1-866-229-8242

> On Tue, 13 Jul at 3:15 AM , Jonathan Marcus <jmarcus@jumptrading.com> wrote:
> Also, please send the Terms and Conditions that Buyer & Seller agree to. I clicked through it on the website during the negotiation process but I don't see it now.
>
> Jonathan
>
>> From: Jonathan Marcus
>> Sent: Tuesday, July 13, 2021 3:13 AM
>> To: DomainAgents Support <support@domainagents.com>
>> Subject: RE: Purchase of wormhole.com
>>
>> Elsa,
>>
>> At this point Seller is in breach of contract. Please give us his contact info so we may have our lawyers contact him.
>>
>> Jonathan
>>
>> From: DomainAgents Support <support@domainagents.com>
>> Sent: Tuesday, July 13, 2021 2:26 AM

4

**To:** Jonathan Marcus <jmarcus@jumptrading.com>
**Subject:** Re: Purchase of wormhole.com

[This message has originated from an **EXTERNAL SENDER**]
Hi Jonathan,

Unfortunately not, he hasn't replied yet.
We will keep contacting the seller and keep you posted with any updates.
Best,
Elsa

- - - - - - - - - -

Escrow & Transfer Support Specialist
DomainAgents The Negotiation Platform
Web: DomainAgents.com   Email:
Elsa@DomainAgents.com   Phone: 1-866-229-8242

> On Mon, 12 Jul at 4:28 PM , Jonathan Marcus <jmarcus@jumptrading.com> wrote:
> Hi Elsa,
>
> It's been nearly a week since the last update. What is the status of this? Has the seller found a way to accept payment yet?
>
> Jonathan

5