# Exhibit 2

THE JIMMERSON LAW FIRM, P.C.
JAMES M. JIMMERSON, ESQ.
Nevada State Bar No. 12599
jmj@jimmersonlawfirm.com
415 South Sixth Street, Suite 100
Las Vegas, Nevada 89101
Telephone:    702-388-7171
Facsimile:    702-367-1167

KATTEN MUCHIN ROSENMAN LLP
Jeffrey A. Wakolbinger (*pro hac vice* to be submitted)
jeff.wakolbinger@katten.com
525 W. Monroe St.
Chicago, IL 60661
Telephone:    312.902-5200

*Attorneys for Plaintiff*
*Jump Operations, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUMP OPERATIONS, LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>RICHARD WRIGHT MERRYMAN,<br><br>            Defendant. | Case No.:    2:22-cv-00575-GMN-DJA<br><br>**DECLARATION OF JONATHAN MARCUS IN SUPPORT OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER WITHOUT NOTICE IN ANTICIPATION OF FUTURE REQUEST FOR PRELIMINARY INJUNCTION** |

I, Jonathan Marcus, hereby declare as follows:

1.      I am employed as a software engineer for Plaintiff Jump Operations, LLC ("Jump"). I have held this position since April 2021. I am over 18 years of age, and I have personal knowledge of the facts set forth below.

2.      Jump is actively involved in the continued development and growth of a blockchain project called the "Wormhole Network."

3.      In June 2021, I was instructed to try to purchase the domain name <wormhole.com> (the "Wormhole Domain") on behalf of Jump for use in connection with the Wormhole Network. At the time, the Wormhole Domain resolved to a webpage with

- 1 -

THE JIMMERSON LAW FIRM, P.C.
415 South Sixth Street, Suite 100, Las Vegas, Nevada 89101
(702) 388-7171 – fax (702) 387-1167

THE JIMMERSON LAW FIRM, P.C.
415 South Sixth Street, Suite 100, Las Vegas, Nevada 89101
(702) 388-7171 – fax (702) 387-1167

1   a single graphic and text stating, "THIS WEB SITE OFFERS NO SERVICES TO THE

2   PUBLIC."

3       4.      Through DomainAgents, an online service that facilitates the sale and

4   purchase of domain names, I made an offer on June 29, 2022, to purchase the Wormhole

5   Domain for $2,500.

6       5.      On July 1, 2021, I received notice from DomainAgents that the owner of

7   the Wormhole Domain responded. He turned down my initial offer and countered with

8   a "firm" offer of $50,000. On behalf of Jump, I accepted the offer through DomainAgents

9   on July 1, and the status of the negotiation history report on the DomainAgents platform

10  switched to "Agreement Reached."

11      6.      Attached as Exhibit 12 to Plaintiff's Motion for Temporary Restraining

12  Order Without Notice in Anticipation of Future Request for Preliminary Injunction (the

13  "Motion") is a true and correct copy of an email I received from DomainAgents on July

14  1, 2021.

15      7.      Attached as Exhibit 13 to the Motion is a true and correct copy of

16  correspondence received by Jump's in-house counsel, James Medek from Domain Agents

17  on July 21, 2021. Within that email string are true and accurate copies of the messages

18  I exchanged with Richard Merryman through the DomainAgents platform. Also copied

19  within that email string is an exchange of email correspondence between myself and

20  DomainAgents between July 12, 2021, and July 20, 2021, through which I learned that

21  the seller (Merryman) was refusing to honor the agreed-upon price and close the

22  transaction.

23      8.      Attached as Exhibit 14 to the Motion is a true and correct copy of a letter

24  that Jump's in-house counsel sent to Defendant Merryman on July 21, 2021. Jump never

25  received a response to that letter.

26      9.      Attached as Exhibit 15 to the Motion is a true and correct copy of a screen

27  shot I captured on April 4, 2022, after logging into my account on the DomainAgents

28  platform, which records that an agreement for the Wormhole Domain was reached.

1    10.    The Wormhole Network project has been publicly disclosed, and widely

2  publicized. As such, Jump is committed to maintaining the "Wormhole" domain and the

3  goodwill associated with that name. Jump strongly desires the Wormhole Domain

4  because it is an exact match for the name of the Wormhole Network project, and Jump

5  places significant value in the Wormhole Domain. Based on Defendant Merryman's

6  actions to date (entering into a sales transaction and then backing out in an effort to get

7  more money), Jump is concerned that Merryman will cause further harm to Jump by

8  transferring the domain name to a third party with whom Jump does not have an

9  agreement.

10

11    I declare under penalty of perjury that the foregoing is true and correct.

12    Executed ___April  4___, 2022, in New York, New York.

13

14    _____

15    Jonathan Marcus

16

17

18

19

20

21

22

23

24

25

26

27

28

THE JIMMERSON LAW FIRM, P.C.
415 South Sixth Street, Suite 100, Las Vegas, Nevada 89101
(702) 388-7171 – fax (702) 387-1167