# Exhibit 4

Dick Speaks!

A wormhole is a theoretical passage through space-time that could create shortcuts for long journeys across the universe



THIS WEB SITE OFFERS NO SERVICES TO THE PUBLIC