# Exhibit 5

- <u>**Renew Services**</u>

- **Domains**

    - [Domain Name Search](#)

    - [Domain Transfer](#)

    - [Domain Forwarding](#)

    - [Private Domain Registration](#)

    - [Domain Expiration Protection](#)

    - [Premium Domain Names](#)

    - [WHOIS Search](#)

    - [Trademark Protection](#)

    - [Domain Management](#)

- **Website & eCommerce**
    - DO IT YOURSELF
    - [Website Builder](#)

    - [eCommerce Website Builder](#)

    - [Accept Online Payment](#)

    - WEBSITE SERVICES
    - [Website Design & Copy](#)

    - [eCommerce Design & Copy](#)

- **Hosting**

    - [Web Hosting](#)

    - [WordPress](#)

- **Security**

Chat Now

- SSL Certificates

- Trusted Site Seal

- Website Security

- Cyber Security Solution

- **Email & Productivity**

  - Email

    - Professional Email

    - Professional Email Plus

    - Mobile Email

    - Hosted Exchange

  - Productivity

    - Microsoft® Office 365

    - Google Workspace

    - Compare Products

- **Online Marketing**

  - DO IT YOURSELF

    - SEO Tool

    - Directory Tool

    - Email Marketing

  - MARKETING SERVICES

    - SEO Services

    - Business Directories

    - Pay Per Click Advertising

- **IT Services**

- **Renew Services**

- **Support**

network solutions

- 
- [1-866-908-3442](#)
- [Help Center](#)
- [Cart 0](#)
- [Log In](#)

- [Renew Services](#)
- Domains
  - [Domain Name Search](#)
  - [Domain Transfer](#)
  - [Domain Forwarding](#)
  - [Private Domain Registration](#)
  - [Domain Expiration Protection](#)
  - [Premium Domain Names](#)
  - [WHOIS Search](#)
  - [Trademark Protection](#)
  - [Domain Management](#)
- Website & eCommerce
  - DO IT YOURSELF
  - [Website Builder](#)
  - [eCommerce Website Builder](#)
  - [Accept Online Payment](#)
  - WEBSITE SERVICES
  - [Website Design & Copy](#)
  - [eCommerce Design & Copy](#)
- Hosting
  - [Web Hosting](#)
  - [WordPress](#)
- Security
  - [SSL Certificates](#)
  - [Trusted Site Seal](#)
  - [Website Security](#)
  - [Cyber Security Solution](#)
- Email & Productivity
  - Email
  - [Professional Email](#)
  - [Professional Email Plus](#)
  - [Mobile Email](#)
  - [Hosted Exchange](#)
  - Productivity
  - [Microsoft® Office 365](#)

Chat Now

- - Google Workspace
  - Compare Products
- Online Marketing
  - DO IT YOURSELF
  - SEO Tool
  - Directory Tool
  - Email Marketing
  - MARKETING SERVICES
  - SEO Services
  - Business Directories
  - Pay Per Click Advertising
- IT Services
- Renew Services
- Support

**Search**

## WHOIS Results for wormhole.com

**Sorry, someone else already owns this domain, but we can help you get it.**

**Backorder for:**
wormhole.com........................................................................  **Backorder**

For only $10.00, we can help you get this domain. Here's how it works:  *i*

We'll negotiate for you anonymously with whoever currently owns the domain.

If the owner of the domain isn't ready to sell yet, we will watch it every day to see when it becomes available.

If the owner doesn't renew, we'll get it for you before it becomes available to the general public.

wormhole.com

Is this your domain name? Renew it now.

```
Domain Name: WORMHOLE.COM
Registry Domain ID: 43781_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.networksolutions.com
Registrar URL: http://networksolutions.com
Updated Date: 2020-09-10T06:41:57Z
Creation Date: 1994-11-10T05:00:00Z
Registrar Registration Expiration Date: 2025-11-09T05:00:00Z
Registrar: Network Solutions, LLC
Registrar IANA ID: 2
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: Richard W. Merryman
Registrant Organization: Richard W. Merryman
```

```
Registrant Street: 4800 WESTMONT AVE
Registrant City: PAHRUMP
Registrant State/Province: NV
Registrant Postal Code: 89061-7269
Registrant Country: US
Registrant Phone: +1.4432533174
Registrant Phone Ext:
Registrant Fax: +1.9999999999
Registrant Fax Ext:
Registrant Email: dicko@WORMHOLE.COM
Registry Admin ID:
Admin Name: Merryman, Richard
Admin Organization:
Admin Street: 4800 E. Westmont Dr.
Admin City: Pahrump
Admin State/Province: NV
Admin Postal Code: 89061
Admin Country: US
Admin Phone: 443-253-3174
Admin Phone Ext:
Admin Fax: 999 999 9999
Admin Fax Ext:
Admin Email: dicko@wormhole.com
Registry Tech ID:
Tech Name: Merryman, Richard
Tech Organization:
Tech Street: 4800 E. Westmont Dr.
Tech City: Pahrump
Tech State/Province: NV
Tech Postal Code: 89061
Tech Country: US
Tech Phone: 443-253-3174
Tech Phone Ext:
Tech Fax: 999 999 9999
Tech Fax Ext:
Tech Email: dicko@wormhole.com
Name Server: NS1.JUSTHOST.COM
Name Server: NS2.JUSTHOST.COM
DNSSEC: unsigned
Registrar Abuse Contact Email: domain.operations@web.com
Registrar Abuse Contact Phone: +1.8777228662
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2022-03-29T14:42:30Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en
```

The data in Networksolutions.com's WHOIS database is provided to you by
Networksolutions.com for information purposes only, that is, to assist you in
obtaining information about or related to a domain name registration
record. Networksolutions.com makes this information available "as is," and
does not guarantee its accuracy. By submitting a WHOIS query, you
agree that you will use this data only for lawful purposes and that,
under no circumstances will you use this data to: (1) allow, enable,
or otherwise support the transmission of mass unsolicited, commercial
advertising or solicitations via direct mail, electronic mail, or by
telephone; or (2) enable high volume, automated, electronic processes
that apply to Networksolutions.com  (or its systems). The compilation,
repackaging, dissemination or other use of this data is expressly
prohibited without the prior written consent of Networksolutions.com.
Networksolutions.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by these terms.

```
For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en.
```

Show underlying registry data for this record

Make an instant, anonymous offer to the current domain registrant. Learn More

Search Again

Search again here...

Search by either
◉ Domain Name e.g. networksolutions.com
○ IP Address e.g. 205.178.187.13




Processing...



Looking to contact the Domain Owner?

SEND A MESSAGE

x
# Domain Contact Request

You may use this form to contact the owner of a domain name protected by our privacy service. This service protects the privacy of domain name holders in the WHOIS system.

**Domain Name**
wormhole.com

Your Email Address

```
Message(Optional)
```

**Note:** We cannot guarantee the domain contact will comply with your contact request.

[ ] I'm not a robot
reCAPTCHA
Privacy - Terms

By clicking Submit you agree to our Terms of Service and Privacy Policy

CANCEL   SUBMIT

Chat Now

Products

Support

Resources

Programs

About Network Solutions



Legal | Privacy Policy | Terms of Use |

Cookie Settings | Dispute Policy |

DMCA Policy |

Do Not Sell My Personal Information

© Copyright 2022 Network Solutions, LLC. All rights reserved. All registered trademarks herein are the property of their respective owners.



Chat Now