# Exhibit 6

☰  **DomainAgents**

# About DomainAgents

DomainAgents was founded by a team of industry veterans with decades of combined experience. The site was created to assist domain owners and buyers through the often daunting process of domain negotiations and transfers.

Since 2012, we have continued to develop and refine the process that has made us into an industry leader that is trusted by tens of thousands of clients every year.

We focus on three core pain points that we believe often derail negotiations:

1. Buyers often struggle to simply receive an acknowledgment of their offer.
2. Domain owners have few ways to qualify the interest of an inquiry.
3. Engagement often wains through the negotiation process.

Due to the focus we place on presenting offers, qualifying buyers, and maintaining engagement, we have been able to deliver a high level of success to our clients. As a result, DomainAgents has developed partnerships with highly established players across the domain name industry.

We continue to refine domain name negotiations, improve user experiences, all while creating market liquidity.

We are changing the way domain names are bought and sold.

To learn more about the process of buying domains, click here.

To learn more about selling your domains through DomainAgents, click here.

For DomainAgents news, information about domain name trends, and more, check out the DomainAgents Blog.

## About DomainAgents

DomainAgents is a domain name negotiation platform and marketplace. We provide domain name buyers and sellers neutral start to finish support, while adding security and structure to negotiations. DomainAgents takes the complication out of domain acquisitions and sales.

 

### Quick Links

Home
About Us
Blog
Domain Marketplace
Register
Login

### Help & Support

Domain Buyers
Domain Sellers
Domain Valuations
Support
Contact Us

## Newsletter Signup

Sign up to receive emails from the DomainAgents network, including domains wanted and for sale.

Email Address *

Subscribe

© Copyright 2022 by DomainAgents Platform Inc. All Rights Reserved - Ontario, Canada +1 (866) 229 8242