# Exhibit 7

Home    Partners    About Us    Contact Us

**DomainAgents**    Marketplace    Buyers    Sellers    Support    Blog    Login    Register

# For Domain Buyers

Welcome to DomainAgents! The DomainAgents Negotiation Platform allows owners and potential buyers to come together in a productive, balanced, safe and secure venue.

There are two ways to buy a domain via DomainAgents: Making an Offer or Purchasing a Buy-It-Now name from the Marketplace.



## Making an Offer

We do the legwork and provide security - you control the negotiation.

You've found a domain name you want, but it's already owned by someone. Here's where DomainAgents can help. First you will need to purchase a DomainAgents credit for $19.95 and identify the domain name you are interested in acquiring. We will then use all of our resources to contact the domain name owner and present the offer on your behalf.

### We guarantee that your offer will be presented.

If we are unable to contact the owner, we will automatically give you a DomainAgents credit, so you can make an offer on a different domain name.



Once the domain owner creates an account on DomainAgents, they can either engage in negotiations, accept or decline the offer. To help ensure a response, we compensate the owner for their time. For responding, DomainAgents will pay the owner $10.00, give them a free DomainAgents credit, or donate $10.00 to a selected charity of the owner's choice.

### You negotiate directly with the owner.

Once the owner has engaged, DomainAgents lets you manage your own negotiation via our platform. You can trade counter offers with the owner until you reach an agreement. You don't need to buy an additional credit to make a counter offer.

We're here to make sure the negotiation goes as smoothly as possible. If an agreement is reached, we facilitate the transfer of the domain and money via Escrow.com. Escrow fees and a 10% commission are paid by the buyer. The commission rate slides on domains purchased for more than $10,000.

If you have other questions please visit our Support Section or send us an email.

## Purchasing a Buy-It-Now Domain Name

If the owner of a domain name has listed it for sale with DomainAgents with a Buy-It-Now price, a small deposit of less than $30 is required to secure the domain. Upon payment, the transaction will be sent to Escrow.com where the balance of the payment is made and the transfer is secured. If the seller fails to complete the transaction for any reason, your deposit will be returned in full. On a Buy-It-Now purchase, the seller pays our commission and the buyer and seller split the Escrow.com fee.

For example, if you were to purchase Example.com for $1000, a $19.95 deposit would be made to secure the name. The remaining $980.05 would be paid into Escrow.com and the Escrow.com fee would be split with the seller.

## Purchase Fees

### Negotiated Purchase Buyer Fees

| | |
|---|---|
| $10,000 USD & Under : | 10% |
| $10,001 - $50,000 : | $1,000 + 7.5% on amount above $10,000 |
| $50,001 - $100,000 : | $4,000 + 5% on amount above $50,000 |
| $100,001+ : | $6,500 + 2.5% on amount above $100,000 |

### Buy It Now Buyer Fees

| | |
|---|---|
| Any Purchase Price : | None, Seller Assumes Fees |

### Buyer Escrow Fees

| | |
|---|---|
| Negotiated Sale : | 3.25% - 0.89% ($25 Min) |
| BIN Sale : | 50% of Escrow.com's Fees |

Details of Escrow.com's fees may be found here.

---

### About DomainAgents

DomainAgents is a domain name negotiation platform and marketplace. We provide domain name buyers and sellers neutral start to finish support, while adding security and structure to negotiations. DomainAgents takes the complication out of domain acquisitions and sales.

### Quick Links

Home
About Us
Blog
Domain Marketplace
Register
Login

### Help & Support

Domain Buyers
Domain Sellers
Domain Valuations
Support
Contact Us

### Newsletter Signup

Sign up to receive emails from the DomainAgents network, including domains wanted and for sale.

Email Address *

Subscribe



© Copyright 2022 by DomainAgents Platform Inc. All Rights Reserved - Ontario, Canada +1 (866) 229 8242