# Exhibit 8

**Domain**Agents        Marketplace    Buyers    Sellers    Support    Blog    Login        Home    Partners    About Us    Contact Us        Register

# For Domain Owners

Welcome to DomainAgents! The DomainAgents Negotiation Platform allows owners and potential buyers to come together in a productive, balanced, safe and secure venue.

## Have you received an offer?    ^

When a potential buyer is interested in a domain name, the buyer purchases a DomainAgents credit and identifies the domain name they are interested in acquiring. We then attempt to contact the domain name owner to present the offer on the buyer's behalf.

You will receive notice from DomainAgents via email or phone alerting you to the offer. When you visit DomainAgents, you can engage in negotiations, accept, or decline the offer.

If you engage in the negotiation, to compensate you for your time, DomainAgents gives you the choice of a $10.00 payment, a free DomainAgents credit, or a donation of $10.00 to a selected charity of your choice.

Once you enter negotiations, DomainAgents lets you and the buyer manage your own negotiation. If an agreement is reached, we will assist where needed with the transfer of the domain and funds via Escrow.com.





## Using DomainAgents To Sell Domain Names    ^

If you have domain names that you are interested in selling, DomainAgents has a number of ways to help you with your negotiations and sales.

## Sending interested buyers to DomainAgents.

All DomainAgents users have a custom link that they may use to send interested buyers. To maximize the potential for a sale, we suggest adding your custom DomainAgents link to your parked domain names, you may also redirect your domain names directly to us with your links.

## Qualified or Free offers.

When sending buyers to DomainAgents using your custom links, you have the option of qualifying the buyer's interest in your domain name or not. When requiring the buyer to qualify their offer, the buyer will need to pay an initial $19.95 fee to make an offer. When you wish to allow unqualified offers to be made on your domain names, there is no fee charged, the buyer will have to provide contact details and validate their email address before the offer is submitted.

## Add your domains to our Marketplace.

Make sure to take a minute to upload your domain names and add them to our Marketplace. Your domain name might just be what one of our buyers is looking for! Domains can be listed as "Make An Offer" or you can set "Buy It Now" prices on your domain names. You can also decide if you want buyers to qualify their interest in your domain names by requiring them to buy a credit to make an offer or allow them to make an offer for free.

## Add "Buy It Now" prices to your domain names.

Many domain buyers are unsure when it comes to making an offer and negotiating for a domain. Setting a "Buy It Now" or "BIN" price can lead to quick sales without the time consuming negotiation.

## Purchase Fees                                               ⌃

### DomainAgents Seller Fees

| Negotiated Sale : | None, Buyer Assumes All Fees |
|---|---|
| BIN Sale - Via Owner's Link : | 10% - $500 Cap |
| BIN Sale - Non-Owner Sourced : | 10% |

### Seller Escrow Fees

| Negotiated Sale : | None, Buyer Assumes All Fees |
|---|---|
| BIN Sale - Via Owner's Link : | 50% of Escrow.com's Fees |
| BIN Sale - Non-Owner Sourced : | 50% of Escrow.com's Fees |

Details of Escrow.com's fees may be found here.

### About DomainAgents

DomainAgents is a domain name negotiation platform and marketplace. We provide domain name buyers and sellers neutral start to finish support, while adding security and structure to negotiations. DomainAgents takes the complication out of domain acquisitions and sales.

### Quick Links

Home
About Us
Blog
Domain Marketplace
Register
Login

### Help & Support

Domain Buyers
Domain Sellers
Domain Valuations
Support
Contact Us

### Newsletter Signup

Sign up to receive emails from the DomainAgents network, including domains wanted and for sale.

Email Address *
[                    ]
Subscribe



© Copyright 2022 by DomainAgents Platform Inc. All Rights Reserved - Ontario, Canada +1 (866) 229 8242