# Exhibit 9

Case 2:22-cv-00575-GMN-DJA   Document 7-9   Filed 04/07/22   Page 2 of 3

## How can we help you today?

## How does the payment and transfer of the domain happen when there is an agreement?

Modified on: Thu, 9 Apr, 2015 at 2:48 PM

We use Escrow.com to complete the transaction.  They are a licensed escrow company and they specialize in domain names.

When an agreement is reached, we create a transaction on Escrow.com.  The buyer and seller are both notified and are asked to create an account or login into their existing account.

The buyer deposits the funds at Escrow.com and then the seller is prompted to send the transfer information to the buyer. Once the domain transfer has completed, Escrow.com releases the funds to the seller.

- # About DomainAgents

  DomainAgents is a domain name negotiation platform and marketplace. We provide domain name buyers and sellers neutral start to finish support, while adding security and structure to negotiations. DomainAgents takes the complication out of domain acquisitions and sales.

- # Quick Links

  **Home** (https://domainagents.com/)
  **About Us** (https://domainagents.com/aboutus.php)
  **Partners** (https://domainagents.com/loginpartner.php)
  **Register** (https://domainagents.com/register.php)
  **Login** (https://domainagents.com/login.php)

Case 2:22-cv-00575-GMN-DJA Document 7-9 Filed 04/07/22 Page 3 of 3

- # Help & Support

   **Domain Buyers (https://domainagents.com/howitworks_buyer.php)**
   **Domain Sellers (https://domainagents.com/howitworks_owner.php)**
   **Domain Valuation (https://domainagents.com/domainvaluation.php)**
   **Support**
   **Contact Us (https://domainagents.com/contactus.php)**

- # Newsletter Signup

   Sign up to receive emails from the DomainAgents network, including domains wanted and for sale.

   mail@example.com    Signup

© Copyright 2016 by **DomainAgents Platform Inc. (https://domainagents.com/)** All Rights Reserved - Ontario,Canada +1 (866) 229 8242