How can we help you today?

## Are negotiations legally binding?

Modified on: Wed, 10 Dec, 2014 at 3:33 PM

**Yes.**

Negotiations conducted via the DomainAgents negotiation platform are legally binding.

If you make an offer that is accepted by the other party, or accept an offer made by the other party, you are contractually obligated to complete the transaction. If you then subsequently fail to complete the transaction, **you may expose yourself to legal action**.

If the other party reneges on an agreement, we will provide their contact information on request.

- # About DomainAgents

  DomainAgents is a domain name negotiation platform and marketplace. We provide domain name buyers and sellers neutral start to finish support, while adding security and structure to negotiations. DomainAgents takes the complication out of domain acquisitions and sales.

- # Quick Links

  **Home** (https://domainagents.com/)
  **About Us** (https://domainagents.com/aboutus.php)
  **Partners** (https://domainagents.com/loginpartner.php)
  **Register** (https://domainagents.com/register.php)
  **Login** (https://domainagents.com/login.php)

- # Help & Support

    **Domain Buyers (https://domainagents.com/howitworks_buyer.php)**

    **Domain Sellers (https://domainagents.com/howitworks_owner.php)**

    **Domain Valuation (https://domainagents.com/domainvaluation.php)**

    **Support**

    **Contact Us (https://domainagents.com/contactus.php)**

- # Newsletter Signup

    Sign up to receive emails from the DomainAgents network, including domains wanted and for sale.

    [mail@example.com]  [Signup]

© Copyright 2016 by **DomainAgents Platform Inc. (https://domainagents.com/)** All Rights Reserved - Ontario,Canada +1 (866) 229 8242