# Exhibit 12

| | |
|---|---|
| **From:** | DomainAgents <negotiations@domainagents.com> |
| **Sent:** | Thursday, July 1, 2021 1:32 PM |
| **To:** | Jonathan |
| **Subject:** | Congratulations on the purchase of wormhole.com via DomainAgents |

[This message has originated from an **EXTERNAL SENDER**]

SIGN IN

**Hello Jonathan,**

**Congratulations, on your purchase of wormhole.com for the price of $50000!**

**This transaction will soon be transferred to the escrow process. Unless we contact you to advise otherwise, DomainAgents exclusively uses Escrow.com to complete transactions.**

**Escrow.com specializes in the safe and secure transfer of domain names and funds from one owner to another. A step-by-step guide to the Escrow.com process can be found here.**

**Please watch for an email from Escrow.com or DomainAgents within 1 business day. This email will contain links and information how to complete the transfer.**

**The seller's contact information will be provided by Escrow.com in order to complete the transaction. Please communicate directly with the seller in order to complete the transaction.**

**If you negotiated a purchase with payment terms, please complete the standard Escrow.com registration and terms acceptance. Escrow.com will send seperate documentation for the payment terms to all parties to digitally sign.**

**If at any point you have questions or concerns regarding the escrow or transfer process we remain available to assist. For faster service, please contact us by logging into DomainAgents.com and by submitting**

a support ticket.

Thank you for allowing DomainAgents to act as an intermediary in the purchase of your domain name.

The DomainAgents Team
DomainAgents.com - The Negotiation Platform

To manage your email preferences, please [log into](#) DomainAgents and visit your account settings page.

This email was sent by DomainAgents, a registered mark of DomainAgents Platform Inc.
6951 Derry Rd, Building B, #40051 Derry Heights PO, Milton, On, L9T 7W4, Canada.

The DomainAgents Team
DomainAgents.com - The Negotiation Platform

To manage your email preferences,
log into DomainAgents and visit your account settings page.

This email was sent by DomainAgents, a registered mark of DomainAgents Platform Inc.
6951 Derry Rd, Building B, #40051 Derry Heights PO, Milton, On, L9T 7W4, Canada.