# Exhibit 14



July 21, 2021

Mr. Dick Merryman
dicko@wormhole.com

*Re: Sale of Wormhole.com Domain Name*

Dear Mr. Merryman,

I write regarding your breach of the agreement to sell the domain "wormhole.com" (the "Domain") to Jump Operations, LLC ("Jump") for $50,000. Jump takes this matter very seriously and intends to ensure that the transaction is consummated at the agreed price.

As you are undoubtedly aware, offers and acceptances through the DomainAgents platform are legally binding. This is explained in both the legally-binding "Terms and Conditions" at https://domainagents.com/terms as well as at their support website at http://support.domainagents.com/support/solutions/articles/5000523212-are-negotiations-legally-binding-. Jump properly accepted a binding offer that you provided and intends to close the transaction at that price. We will not negotiate that price further post-acceptance.

Lastly, while not legally relevant, I can assure you that you are neither "leaving money on the table" nor is this a "scam". Jump Trading Group is a global firm with over 1000 employees, and it fully intends to pay the entire amount agreed. Furthermore, the amount agreed to by Mr. Marcus is substantially higher than the amount Jump has historically approved for this type of transfer and was only accepted due to your representation that $50,000 was a "firm" price.

We hope that you will be true to your word and will accept payment of the hefty price you asked for in a manner that does not involve significant legal expenses. We expect a response to this letter by Friday, July 23, 2021 that confirms that you (1) will move forward with the transaction on the agreed terms and (2) have provided the necessary details requested by DomainAgents to finalize the transaction.

Regards,

James B. Medek
Deputy General Counsel

cc: DomainAgents Platform Inc (support@domainagents.com)

**Jump Trading Group**
600 West Chicago Avenue · Suite 600 · Chicago, Illinois 60654