# Exhibit 16

THE JIMMERSON LAW FIRM, P.C.
JAMES M. JIMMERSON, ESQ.
Nevada State Bar No. 12599
jmj@jimmersonlawfirm.com
415 South Sixth Street, Suite 100
Las Vegas, Nevada 89101
Telephone:    702-388-7171
Facsimile:    702-367-1167

KATTEN MUCHIN ROSENMAN LLP
Jeffrey A. Wakolbinger (*pro hac vice* to be submitted)
jeff.wakolbinger@katten.com
525 W. Monroe St.
Chicago, IL 60661
Telephone:    312.902-5200

*Attorneys for Plaintiff*
*Jump Operations, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUMP OPERATIONS, LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>RICHARD WRIGHT MERRYMAN,<br><br>                    Defendant. | Case No.:    2:22-cv-00575-GMN-DJA<br><br>**DECLARATION OF JAMES M. JIMMERSON, ESQ. IN SUPPORT OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER WITHOUT NOTICE IN ANTICIPATION OF FUTURE REQUEST FOR PRELIMINARY INJUNCTION** |

I, James M. Jimmerson, Esq., hereby declare as follows:

1.      I am an attorney with The Jimmerson Law Firm, P.C., counsel for Plaintiff Jump Operations, LLC ("Plaintiff"). I am over 18 years of age, and I have personal knowledge of the facts set forth below.

2.      This declaration is made in support of Plaintiff's Emergency Motion for Temporary Restraining Order Without Notice in Anticipation of Future Request for Preliminary Injunction (the "Motion").

3.      The nature of the emergency currently experience by Plaintiff is the ongoing threat of Defendant's sale, transfer, and/or encumbrance of the domain name

THE JIMMERSON LAW FIRM, P.C.
415 South Sixth Street, Suite 100, Las Vegas, Nevada 89101
(702) 388-7171 – fax (702) 387-1167

1  www.wormhole.com (the "Wormhole Domain").  *See* Declaration of Jonathan Marcus at

2  ¶ 10; Declaration of Jeffrey A. Wakolbinger, Esq. at ¶ 10.

3      4.    Plaintiff attempted to resolve this problem without legal action but these

4  efforts were unsuccessful.  *See id*.

5      5.    Plaintiff's attorney's contact information is as follows:

6      THE JIMMERSON LAW FIRM, P.C.

7      JAMES M. JIMMERSON, ESQ.
    Nevada State Bar No. 12599

8      jmj@jimmersonlawfirm.com
    415 South Sixth Street, Suite 100

9      Las Vegas, Nevada 89101
    Telephone:   702-388-7171

10      Facsimile:   702-367-1167

11      KATTEN MUCHIN ROSENMAN LLP

12      Jeffrey A. Wakolbinger (*pro hac vice* to be submitted)
    jeff.wakolbinger@katten.com

13      525 W. Monroe St.
    Chicago, IL 60661

14      Telephone:   312.902-5200

15      6.    Defendant does not have an attorney that has appeared in this action.

16  Defendant's contact information is as follows:

17      Richard Wright Merryman

18      4800 Westmont Ave.
    Pahrump, NV 89061

19      dicko@wormhole.com
    Telephone: unknown

20      7.    Due to the fear that Mr. Merryman will attempt to defeat any future order

21  for specific performance before a temporary restraining order could be issued, Plaintiff

22  has not contacted Mr. Merryman since the Complaint was filed in this action.

23      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws

24  of the United States of America that the foregoing is true and correct.

25      Executed April 7, 2022, in Las Vegas, Nevada.

26

27      */s/ James M. Jimmerson, Esq.*
    JAMES M. JIMMERSON, ESQ.

28

THE JIMMERSON LAW FIRM, P.C.
415 South Sixth Street, Suite 100, Las Vegas, Nevada 89101
(702) 388-7171 – fax (702) 387-1167